# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00754-CV

**J. M. and B. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## NO. CV37,431, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. M. and B. L. filed their notice of appeal on November 13, 2017. The appellate record was complete November 27, 2017, making appellants' brief due December 18, 2017. On December 18, 2017, counsel for appellants filed a motion for extension of time to file appellants' brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than January 8, 2018. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 21, 2017.


Before Chief Justice Rose, Justices Pemberton and Goodwin